**ORDERED ACCORDINGLY.**



Dated: January 26, 2010

_____
**GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge**
_____

UST-31A, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| ESQUIVEL, MARK A | ) | Case No. 08-08618-PHX GBN |
| ESQUIVEL, JOY R | ) | |
| | ) | ORDER TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

    Upon application of the Trustee and good cause appearing,

    IT IS ORDERED that the Trustee pay over the amount of $9.21 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

| | |
|---|---|
| Date | GEORGE B. NIELSEN, JR. |
| | UNITED STATES BANKRUPTCY JUDGE |